

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00335-CV

| | | |
|---|---|---|
| Kelly Thomas | § | From the 431st District Court |
| | § | of Denton County (17-3697-431) |
| v. | § | December 14, 2017 |
| Standard Casualty Company, Mike Madden, Prestige Claim Service, Mark Anderson, and Scott Schmidt | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel